

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Steven Brown, Appellant

No. 06-15-00023-CV          v.

Tim Jackson Construction Co., Inc. d/b/a
Jackson Construction Co. and Jack Yates
Drywall, Inc., Appellee

Appeal from the 402nd District Court of
Wood County, Texas (Tr. Ct. No. 2013-
116). Memorandum Opinion delivered by
Justice Moseley, Chief Justice Morriss and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Steven Brown, pay all costs of this appeal.

RENDERED JULY 28, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk